**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**DERRICK D. JOHNSON**                                                                    **PLAINTIFF**

**v.**                                          **Case No.: 4:14-cv-00111 KGB**

**DOC HOLLADAY, et al.**                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 41).  Plaintiff Derrick Johnson has filed no objections, and the time to do so has passed.  After careful consideration, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects.

It is therefore ordered that:

1.       Defendants' motion for summary judgment is granted (Dkt. No. 37), and Mr. Johnson's complaint is dismissed with prejudice.

2.       The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 13th day of May, 2015.

Kristine G. Baker
United States District Judge