IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DERRICK D. JOHNSON**                                                                                   **PLAINTIFF**

v.                                    Case No.: 4:14-cv-00111 KGB

**DOC HOLLADAY, et al.**                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, judgment is entered dismissing this case with prejudice. The relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 13th day of May, 2015.

_____
Kristine G. Baker
United States District Judge